1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KASEY F. HOFFMAN,                        No.  2:  15-cv-1558 KJN P

12                Plaintiff,

13        v.                                  ORDER

14   LASSEN ADULT DETENTION
     FACILITY, et al.,
15
                     Defendants.
16

17

18        Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42

19   U.S.C. § 1983.  On July 29, 2015, the undersigned dismissed plaintiff's complaint with leave to

20   amend.  (ECF No. 4.)  Pending before the court is plaintiff's amended complaint filed August 10,

21   2015.  (ECF No. 6.)

22        Plaintiff alleges that he was denied a Kosher diet in violation of his constitutional rights.

23   However, plaintiff does not clearly identify the defendants.  After reviewing the amended

24   complaint, it is not clear to the undersigned who plaintiff intends to name as defendants.  On this

25   ground, the amended complaint is dismissed with leave to amend.  If plaintiff files a second

26   amended complaint, he shall clearly identify the defendants.  Plaintiff's second amended

27   complaint shall also be prepared on the complaint form attached to the instant order.

28   ////

                                              1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  Plaintiff's amended complaint (ECF No. 6) is dismissed with thirty days to file a

3   second amended complaint; failure to file a second amended complaint within that time will

4   result in dismissal of this action;

5        2.  The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint

6   pursuant to 42 U.S.C. § 1983.

7   Dated:  August 19, 2015

8

9                                    KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE
10

11  Hoff1558.ame

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28