UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LASSEN ADULT DETENTION FACILITY, et al.,<br><br>　　　　Defendants. | No. 2: 15-cv-1558 KJN P<br><br><br>ORDER |

　　　Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 28, 2015, defendants filed a motion to dismiss. (ECF No. 17.) Plaintiff did not file an opposition.

　　　Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 16, 2015, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause for his failure to file an opposition to defendants' motion to dismiss; plaintiff shall also file his opposition within that time; failure to respond to this order will result dismissal of this action.

Dated: January 29, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hoff1558.osc