UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>             Plaintiff,<br><br>      v.<br><br>LASSEN ADULT DETENTION FACILITY, et al.,<br><br>             Defendants. | No.  2:15-cv-1558 KJN P<br><br>ORDER AND FINDINGS & RECOMMENDATIONS |

  On February 8, 2016, an order served on plaintiff's address of record was returned by the postal service.  On February 22, 2016, plaintiff filed a request for case status.  However, this pleading does not contain a new address for plaintiff.

  It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change.

  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall assign a district judge to this action; and

  IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.  See Local Rule 183(b).

  These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections. Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 15, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hoff1558.33a