UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN, | No. 2: 15-cv-1558 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| LASSEN ADULT DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 27, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2016, are adopted in full;

1

2. Defendants' motion to dismiss (ECF No. 17) is granted as to plaintiff's claims for damages under RLUIPA; defendants' motion to dismiss is denied in all other respects;

3. Defendants shall file an answer to the complaint within twenty days of the date of this order.

DATED: August 10, 2016

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE