UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LASSEN ADULT DETENTION FACILITY, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-1558 JAM KJN P<br><br><br>ORDER |

Plaintiff is a prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2016, plaintiff filed a motion requesting that he be awarded a "partial settlement" of $20,000 on grounds that his case has merit.

Based on the status of this action, the court is not authorized to order defendants to pay plaintiff money toward a settlement agreement. The court will order a settlement conference at a later date, if appropriate. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a partial settlement (ECF No. 35) is denied.

Dated: August 24, 2016

Hoff1558.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1