UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>         Plaintiff,<br><br>    v.<br><br>LASSEN ADULT DETENTION FACLITY, et al.,<br><br>         Defendants. | No. 2: 15-cv-1558 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's September 22, 2016 motion for subpoenas. (ECF No. 56.) For the following reasons, this motion is denied.

In the pending motion, plaintiff requests that the court issue subpoenas to several non-parties for the production of various documents. A motion for issuance of a subpoena duces tecum should be supported by clear identification of the documents sought and a showing that the records are obtainable only through the identified third-party. See, e.g., Davis v. Ramen, 2010 WL 1948560 at *1 (E.D. Cal. 2010). "The Federal Rules of Civil Procedure were not intended to burden a non-party with a duty to suffer excessive or unusual expenses in order to comply with a subpoena duces tecum." Badman v. Stark, 139 F.R.D. 601, 605 (M.D. PA. 1991).

////

1    It appears that several of the documents requested in the pending motion are obtainable from defendants Lassen County Jail Commander Jones and Lassen County Sheriff Growden. For example, it seems likely that plaintiff could obtain his jail grievance file from defendants. For these reasons, plaintiff's motion for issuance of subpoenas is denied.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for issuance of subpoenas (ECF No. 56) is denied.

Dated: October 12, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hoff1558.sub(2)