UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN, | No. 2: 15-cv-1558 JAM KJN P |
| Plaintiff, | |
| v. | ORDER |
| LASSEN ADULT DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion requesting that the court refer this action to the Voluntary Dispute Resolution Program and schedule a settlement conference. (ECF No. 97.) Defendants oppose this motion. (ECF No. 98.)

After reviewing defendants' opposition, the undersigned finds that it is not appropriate to schedule this action for a settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion requesting that this action be referred to the Voluntary Dispute Resolution Program and scheduled for a settlement conference (ECF No. 97) is denied.

Dated: October 3, 2017

Hoff1558.den

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1