UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASEY F. HOFFMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>LASSEN ADULT DETENTION FACILITY, et al.,<br><br>    Defendants. | No. 2:15-cv-1558 JAM KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a jury trial before the Honorable John A. Mendez on October 22, 2018.

On July 20, 2018, plaintiff filed a pleading titled "Request for Disclosure of Pretrial Conference Proceedings." (ECF No. 124.) In this pleading, plaintiff states that he is under the impression that a pretrial conference, on paper, has taken place. (Id.) Plaintiff requests a copy of the transcript from this proceeding. (Id.) If no pretrial conference has occurred, plaintiff requests that he be allowed to attend a pretrial conference via telephone or video conference. (Id.)

A pretrial conference was previously conducted, solely on the papers, in this action. On March 2, 2018, the undersigned issued a pretrial order. (ECF No. 108.) On May 15, 2018, the undersigned issued an order amending the pretrial order in response to plaintiff's supplemental

1

| | |
|---|---|
| 1 | pretrial statement. (ECF No. 114.) |
| 2 |     Because the pretrial conference was conducted on paper, there are no transcripts from this |
| 3 | proceeding. No further pretrial conference hearings will be held, unless ordered by Judge |
| 4 | Mendez. |
| 5 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's July 20, 2018 request for |
| 6 | disclosure of pretrial conference proceedings is denied. |
| 7 | Dated: July 25, 2018 |

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Hoff1558.pt.kc